No. **CR 07 00549 JF PVT**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

---

### THE UNITED STATES OF AMERICA
### *vs.*
### ADOLFO MORALES-ORTUNIO

---

### INDICTMENT

**COUNT ONE:** Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

*Filed in open court this* 22 *day of* Aug

*A.D.* 2007

_____
United States Magistrate Judge

Bail. $ No process

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |

FILED

2007 AUG 22 P 3 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )  CR No. 07 00549 JF PVT
       Plaintiff,  )
    v.  )  VIOLATION: 8 U.S.C. § 1326 –
                              )  Illegal Re-Entry Following Deportation
ADOLFO MORALES-ORTUNIO  )
       Defendant.  )  SAN JOSE VENUE
                                )

INDICTMENT

The Grand Jury charges:

On or about July 27, 2007, the defendant

ADOLFO MORALES-ORTUNIO,

an alien, previously having been arrested and deported from the United States on or about February 27, 1999 and December 13, 2002, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United

//

//

INDICTMENT

1  States, in violation of Title 8, United States Code, Section 1326.
2  DATED: 8/22/07                         A TRUE BILL.
3
4                                          *Ramona L Wills*
                                           FOREPERSON
5
6  SCOTT N. SCHOOLS
   United States Attorney
7
8  *signature*
   DAVID R. CALLAWAY
9  Deputy Chief, San Jose Office
10
11 (Approved as to form: *signature* )
                         AUSA JEFFREY SCHENK
12
13
...
28

INDICTMENT

Case 5:07-cr-00549-JF   Document 6   Filed 08/22/2007   Page 4 of 4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

DEFENDANT - U.S.
▶ ADOLFO MORALES-ORTUNIO

DISTRICT COURT NUMBER
CR 07 00549

2007 AUG 22 P 3: 54
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

JF PVT

--- PROCEEDING ---

Name of Complainant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   JEFFREY SCHENK

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: