UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, September 19, 2007
**Case Number:** CR-07-00549-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**   UNITED STATES OF AMERICA V. ADOLFO MORALES-ORTUNIO

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Adolfo Morales-Ortunio |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Jay Rorty |

---

PROCEEDINGS:

Status review held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 10/3/07 at 9:00 a.m. for further status review.