UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, October 31, 2007
**Case Number:** CR-07-00549-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**     **UNITED STATES OF AMERICA V. ADOLFO MORALES-ORTUNIO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Adolfo Morales-Ortunio |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Jay Rorty |

PROCEEDINGS:

Further status review held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 12/12/07 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.