UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, December 12, 2007
**Case Number:** CR-07-00549-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **UNITED STATES OF AMERICA V. ADOLFO MORALES-ORTUNIO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Adolfo Morales-Ortunio |
| **Attorneys Present:** Jeffrey Schenk | **Attorneys Present:** Lara Vinnard |

---

PROCEEDINGS:

Disposition and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant states his true name is Adolfo Alvarez-Ortuno. Defendant pleads guilty to count 1 of the Indictment. Defendant is sentenced to 30 months prison; 3 years supervised release; and $100.00 special assessment.