**Filed**

DEC 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>ADOLFO ALVAREZ-ORTUNO,<br>Defendant.<br>_____/ | Case No. CR-07-00549-JF<br><br>SEALING ORDER PURSUANT<br>TO GENERAL ORDER 54 |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

    __ Presentence Report

    __ Plea Agreement

    x   Statement of Reasons

IT IS SO ORDERED.

DATED: December 17, 2007

JEREMY FOGEL
United States District Judge